IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

US MARSHALS SERVICE N/TX
FORT WORTH, TEXAS

2017 JUL 18 AM 9: 52

UNITED STATES OF AMERICA

v.

No. 4:17-MJ-585

CHAD EMMETT RANKIN (04)

2017 JUL 28 PM 4: 03
CLERK OF COURT

## WARRANT FOR ARREST

**TO:** The United States Marshal and
Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **CHAD EMMETT RANKIN**, and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with **Conspiracy to Possess a Controlled Substance with Intent to Distribute**, in violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) & (b)(1)(B)).

_____
JEFFREY L. CURETON
United States Magistrate Judge

Issued at Fort Worth, Texas on this the 18th day of July 2017.

---

### RETURN

---

This warrant was received and executed with the arrest of the above-named defendant at  1404 Pennold Cir. W FW Tx 76140

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: | J. Richey #4133 FWPD | _signature_ |