IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § | CRIMINAL NO. 4:17-MJ-585-4 |
| | § | |
| CHAD EMMETT RANKIN | § | |

## ORDER FOR DEFENDANT TO MAKE PARTIAL PAYMENT TOWARDS APPOINTMENT OF COUNSEL FEES

The Court finds that funds are available from or on behalf of the above-named defendant for payment of compensation and expenses of court appointed counsel for adequate representation, and that the above-named defendant is financially able to make partial payment towards appointed counsel representation.

It is therefore ordered that defendant shall pay $500 per month towards the cost of his court appointed attorney, Loren Green, who was appointed on July 24, 2017 as counsel for the above-named defendant by U.S. Magistrate Judge Jeffrey L. Cureton. Said funds are to be paid into the Registry of the Court with defendant making monthly payments in the amount of $500 each with the first payment being paid on September 1, 2017 and a like payment to be made on the first day of each month unless or until defendant has retained counsel and said counsel has entered an appearance in this case or final disposition of the case. If defendant retains counsel prior to September 1, 2017 then no payment will be necessary under this order. These funds are to be deposited by the Clerk to the credit of the Treasury and for credit to the said Criminal Justice Act appropriation.

Signed August 3, 2017

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE